**2**

Townsend FLAGG v. STATE. (No. 11962.) Court of Criminal Appeals of Texas. June 13, 1928. Appeal from District Court, Jackson County; John M. Green, Judge. John T. Vance, of Edna, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for theft of cattle; punishment, three years in the penitentiary. The record is here without statement of facts, bills of exception, or other complaint of procedure. The indictment is in regular form, and is followed by the charge of the court, judgment, and sentence. No error appearing, the judgment will be affirmed.

**3**

A. B. GREEN v. STATE. (No. 11923.) Court of Criminal Appeals of Texas. June 6, 1928. Appeal from District Court, Hall County; C. C. Small, Judge. Jack B. Deahl, of Wellington, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for murder; punishment being confinement in the penitentiary for 99 years. The record contains neither statement of facts nor bills of exception. On account of the severe penalty assessed, we have examined the record carefully. The indictment appears to be sufficient, the charge of the court is applicable under provable facts, and no error of a fundamental nature has been discovered. The judgment is affirmed.

**4**

Harry HOPKINS v. STATE. (No. 11947.) Court of Criminal Appeals of Texas. June 6, 1928. Appeal from District Court, Taylor County; M. S. Long, Judge. Oliver Cunningham, of Abilene, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of four years. The indictment appears regular. The record is before us without statement of facts or bills of exceptions. No irregularity in the trial has been disclosed or discovered. The judgment is affirmed.

**5**

Sam JACKSON v. STATE. (No. 11983.) Court of Criminal Appeals of Texas. June 20, 1928. Appeal from Criminal District Court, Travis County; James R. Hamilton, Judge. Wright Stubbs, of Austin, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is unlawfully transporting liquor; punishment fixed at confinement in the penitentiary for one year. The indictment appears regular. The record is void of statement of facts or bills of exceptions. There being no other matters requiring review, the judgment is affirmed.

**6**

Frank KLEKAR v. STATE. (No. 11740.) Court of Criminal Appeals of Texas. June 6, 1928. Commissioners' Decision. Appeal from Lavaca County Court; C. L. Stavinoha, Judge. Will T. Bagby, of Hallettsville, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. Conviction under article 1507, P. C., for failing and refusing to dip cattle; punishment, a fine of $25. The record is before us without any statement of facts or bills of exception. The complaint and information appear to be sufficient to charge a violation of the provisions of article 1507, P. C. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**7**

S. T. McMURRAIN v. STATE. (No. 11961.) Court of Criminal Appeals of Texas. June 13, 1928. Appeal from Dallas County Criminal Court; N. G. Williams, Judge. Earl Hurt and Nathaniel Jacks, both of Dallas, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for violating the Medical Practice Act; punishment fixed at a fine of $50 and confinement in the county jail for one day. The record is before us without statement of facts or bills of exceptions. No fundamental error has been perceived or pointed out. The judgment is affirmed.